# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 13

KENNETH & LYDIA WILLIAMS                       : CASE NO. 11-16322

## CHAPTER 13 PLAN

**TO THE CLERK OF THE BANKRUPTCY COURT:**

The Debtor's Chapter 13 Plan shall read as follows:

1. All debts are provided for by this Plan. Only creditors holding claims duly proved and allowed shall be entitled to payments from the Trustee.

2. Commencing **September 2011**, Debtor(s) will pay the trustee: **$333.33** monthly, for the REMAINING **(60) months of the Plan.**

3. The Trustee, from available funds, shall make payments to creditors in the following amounts and order. All dates for beginning payments are estimates only and may be adjusted by the Trustee as necessary to carry out the terms of this plan.

    A. Debtor's Attorney Fee Requested Paid to Date Balance Due
       **MCCULLOUGH EISENBERG, LLC.**           $ 2,000.00
    B. Mortgage Arrears. (Regular monthly payments to be made by Debtor and to continue on the first due date after the filing of the petition.)
       **BANK OF AMERICA ARREARS**              $16,000.00

    C. Secured Claims. (A creditor's secured claim shall be net amount due as of date of filing or the value of the collateral to which creditor's lien attaches, whichever is less. Creditor shall retain its lien until the allowed secured portion of the claim is fully paid.)

All pre-petition attorney's fees and costs, and all bankruptcy-related attorney's fees and costs now or hereafter claimed by secured creditors shall be deemed paid in full under and pursuant to their Chapter 13 plan unless and until a specific application for any increments to such attorney's fees and costs shall have been timely filed with and allowed by the Court. Any such charges not

specifically allowed by the Court shall be deemed as discharged upon the issuance by the Court of a discharge order.

D. <u>Priority Claims</u>. (Unsecured claims entitled to priority under 11 U.S.C. 507 shall be paid in full follows.

E. <u>Separate Class of Unsecured Claims</u>. (May include co-signed debts as provided for by 11 U.S.C. 1301, including interest at contract rate.) **NONE**

F. <u>Unsecured Creditors</u>. All other creditors not scheduled above are deemed unsecured without priority and shall be paid pro rata from funds remaining after full payment of the above claims.

G. <u>Leases and Contracts</u>. The Debtor hereby assumes the following unexpired leases and executory contracts, and rejects all others. **NAME OF CREDITOR/DESCRIPTION:**

H. <u>Secured Claims - Paid directly by debtor(s)</u>: The following creditors' claims are fully secured, shall be paid directly by debtor(s), and shall receive no payment under paragraph 3 above:

I. <u>Other Provisions</u>: Property of the Estate shall revest to the debtor at such time that property is no longer required to fund the plan.

X /s/ Kenneth Williams

X /s/ Lydia Williams